UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America )<br>)<br>v.   )<br>)<br>In re:   Express Mail 2916   )<br>)<br>)<br>) | Case No. 12mj3094-KPN |

## MOTION TO UNSEAL
## APPLICATION FOR SEARCH WARRANT
## SEARCH WARRANT AFFIDAVIT
## SEARCH AND SEIZURE WARRANT AND
## <u>SEARCH WARRANT RETURN</u>

The United States Attorney through the undersigned Assistant U.S. Attorney moves to unseal the above-captioned search warrant application, affidavit and any orders or other documents associated with the application. It is no longer necessary to maintain the documents under seal since the warrants have been executed, and the matter is being referred to the state court for prosecution.

Respectfully submitted,

CARMEN ORTIZ
United States Attorney

By: _/s/ Ken O'R_
Kevin O'Regan
Assistant U.S. Attorney

Date:  July 3, 2013